FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA PLASENCIA,<br><br>      Plaintiff,<br><br> vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendant. | NO: 4:23-CV-5141-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

  BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal as to Experian Information Solutions, Inc. ECF No. 15. Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter against Experian Information Solutions, Inc. are **DISMISSED** with prejudice and without costs or attorneys' fees to any party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

**DATED** March 26, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2