AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Mar 26, 2024
SEAN F. McAVOY, CLERK

MARIA PLASENCIA,

*Plaintiff*

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

*Defendant*

Civil Action No. 4:23-CV-5141-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   All claims and causes of action in this matter against Experian Information Solutions, Inc. are DISMISSED with prejudice and without costs or attorneys' fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice
on a Notice of Voluntary Dismissal.

Date: 3/26/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams